No. 110, Misc.  DANIELS ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina.  Certiorari denied. *O. John Rogge, Murray A. Gordon* and *Herman L. Taylor* for petitioners.  *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 113, Misc.  TIMMONS *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied. Petitioner *pro se.  Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Robert N. Anderson* for respondent.

No. 126, Misc.  HAYMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 23, Misc.  SHOTKIN *v.* ATCHISON, TOPEKA & SANTA FE R. Co. ET AL.  Petition for writ of certiorari to the District Court in and for the City and County of Denver, Colorado, denied for the reason that the application therefor was not made within the time provided by law.  *Walter F. Dodd* for petitioner.  *Duke W. Dunbar,* Attorney General of Colorado, and *Frank A. Wachob,* Deputy Attorney General, for Black, District Judge, respondent.

No. 98, Misc.  THOMAS *v.* UNITED STATES.  Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied for the reason that the application therefor was not made within the time provided by law.